**2009–1313. State v. Freeman.**
Cuyahoga App. No. 80720, 2009-Ohio-3065.

**2009–1331. State v. Johnson.**
Lucas App. No. L–07–1193, 2009-Ohio-45.

**2009–1346. State v. Wagner.**
Licking App. No. 2008CA00021.

**2009–1357. State v. Ellis.**
Cuyahoga App. No. 91116, 2009-Ohio-2875.

**2009–1360. State v. Addison.**
Cuyahoga App. No. 90642, 2009-Ohio-2704.

**2009–1370. State v. Friedlander.**
Cuyahoga App. No. 90084, 2009-Ohio-3370.
    MOYER, C.J., and LANZINGER, J., dissent and would accept the appeal on Proposition of Law No. I.

**2009–1437. In re J.B.**
Franklin App. No. 08AP–1108, 2009-Ohio-3083.

## RECONSIDERATION OF PRIOR DECISIONS

**2008–1334. Natl. Union Fire Ins. Co. of Pittsburgh, PA v. Wuerth.**
Certified Question of State Law, United States Court of Appeals for the Sixth Circuit, No. 07–4035. On motion for reconsideration.
Motion denied.
    DeGENARO, J., of the Seventh Appellate District, sitting for LUNDBERG STRATTON, J.

**2009–0683. In re Guardianship of Hards.**
Lake App. No. 2007–L–150, 2009-Ohio-1002. On motion for reconsideration. Motion denied. Appellants' motions for findings/conclusions, to correct the record, to strike from the records, and for summary judgment and appellee's motion to strike appellants' motion for summary judgment denied as moot.

**2009–0842. State v. Hazel.**
Franklin App. Nos. 08AP–789 and 08AP–790, 2009-Ohio-880. On motion for reconsideration. Motion denied.

**2009–0897. State v. Fischer.**
Summit App. No. 24406, 2009-Ohio-1491. On motion for reconsideration. The motion for reconsideration is granted to the following extent: The discretionary appeal is accepted on Proposition of Law No. I. The Clerk shall issue an order for the transmittal of the record from the Court of Appeals for Summit County, and the parties shall brief this case in accordance with the Rules of Practice of the Supreme Court of Ohio.
    MOYER, C.J., and PFEIFER and LANZINGER, JJ., would grant the motion as to all Propositions of Law.
    LUNDBERG STRATTON, O'DONNELL, and CUPP, JJ., dissent and would deny the motion for reconsideration.